

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2023

No. 04-22-00675-CV

**BEXAR APPRAISAL DISTRICT**,
Appellant/Cross-Appellee

v.

**ABASTO PROPERTIES LLC, ET AL.**,
Appellee/Cross-Appellant

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-12685
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On January 10, 2023, appellant filed an Unopposed Motion to File a Copy of a Reporter's Record. After consideration, we **GRANT** the motion.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of January, 2023.

_____
Michael A. Cruz,
Clerk of Court